| | |
|---|---|
| GOLDBERG, STINNETT, DAVIS & LINCHEY<br>A Professional Corporation<br>DENNIS D. DAVIS, ESQ. CA Bar #070591<br>44 Montgomery Street, Suite 850<br>San Francisco, CA 94104<br>Telephone: (415) 362-5045<br>Facsimile: (415) 362-2392<br>Email: ddavis@gsdllaw.com<br><br>Attorneys for Carol Wu, Trustee | **Entered on Docket**<br>**March 25, 2014**<br>EDWARD J. EMMONS, CLERK<br>U.S. BANKRUPTCY COURT<br>NORTHERN DISTRICT OF CALIFORNIA <br><br>IT IS SO ORDERED.<br>Signed March 25, 2014<br><br>*/s/ Arthur S. Weissbrodt*<br><br>**Arthur S. Weissbrodt**<br>**U.S. Bankruptcy Judge** |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>AMR MOHSEN,<br><br>                Debtor. | Case No. 05-50662-ASW<br><br>Chapter 7 |
| CAROL WU, Trustee,<br><br>                Plaintiff,<br>vs.<br><br>AMR MOHSEN and WELLS FARGO<br>SHAREOWNERS SERVICES,<br><br>                Defendant. | A.P. No. 13-05150<br><br>Date:   March 3, 2014<br>Time:  9:30 a.m.<br>Place:  Courtroom 3035<br>          280 South First Street<br>          San Jose, CA<br>Judge: Arthur S. Weissbrodt |

**ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
AND DENYING DEFENDANT'S MOTION TO DISMISS AND
<u>CROSS-MOTION FOR SUMMARY JUDGMENT</u>**

    Defendant's Motion To Dismiss And Motion For Summary And Plaintiff's Motion For Summary Judgment came on for hearing before the Honorable Arthur S. Weissbrodt on March 3, 2014;

    Appearances were made as stated in the record;

    On March 13, 2014, the court entered its Memorandum Decision Granting Plaintiff's Motion For

Summary Judgment And Denying Defendant's Motion To Dismiss And Cross-Motion For Summary Judgment;

The court's findings of facts and conclusions of law are contained in its Memorandum Decision;

IT IS HERBY ORDERED, ADJUDGED AND DECREED that:

1. Defendant's motion to dismiss and motion for summary judgment are denied;

2. Plaintiff's motion for summary judgment is granted as to the first claim for relief (declaratory relief) and granted as to defendant Amr Mohsen only as to the second claim for relief (turnover);

3. Defendant Amr Mohsen is ordered to turn over the 25,000 shares of Actel Corporation stock to the Trustee by delivering said stock to Dennis D. Davis, 44 Montgomery Street, Suite 850, San Francisco, California, 94104 within 30 days of entry of this Order; and

4. The Actel Corporation shares of stock are property of the estate.

**END OF ORDER**

**COURT SERVICE LIST**

Johnathan R. Doolittle
Reed Smith LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659

Amr Mohsen
No. 92949-011
Federal Correctional Inst.
P.O. Box 9000
Safford, AZ 85548-9000